United States District Court
Southern District of Texas
FILED

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. CIV.  B-03-163** |
| | § | |
| **JOEL LOPEZ and CARLOS MARTINEZ** | § | |
| | § | |
| **Defendants.** | § | |

## DIRECTV, INC.'S DISCLOSURE OF INTERESTED PARTIES

DIRECTV, Inc., Plaintiff in this case, provides the following information to the Court:

(a)     The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);
DIRECTV Holdings, LLC (a Delaware LLC);
Hughes Electronic Corporation (a Delaware Corp.);
General Motors Corporation (a Delaware Corp.);
TIVO, Inc. (a Delaware Corp.);
Discovery Health Media, LLC (a Delaware limited liability company);
HiDef Broadcasting System, LLC (a Texas limited liability company).

(b)     With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

DIRECTV, Inc., the Plaintiff in this case, is a wholly owned subsidiary of

DIRECTV Enterprises, LLC.   DIRECTV Enterprises is a wholly owned subsidiary of

DIRECTV Holdings, LLC.   DIRECTV Holdings, LLC is a wholly owned subsidiary of

Hughes Electronic Corporation. Hughes Electronic Corporation is a wholly owned

subsidiary of General Motors Corporation.   The subsidiaries of DIRECTV, Inc. are

TIVO, Inc., Discovery Health Media, LLC, and HiDef Broadcasting System, LLC; none of these subsidiaries are wholly owned by DIRECTV.

General Motors Corp. is the only publicly traded parent corporation owning ten percent (10%) or more of DIRECTV, Inc. TIVO, Inc. is the only subsidiary of DIRECTV, Inc. that is publicly traded. The services of TIVO, Inc. are often sold in conjunction with the services of DIRECTV, Inc. This lawsuit, however, does not allege the unauthorized interception of TIVO's services, nor is TIVO otherwise connected or interested in this litigation.

Aside from the foregoing, the entities listed herein do not have a connection or interest in this litigation.

Date this ___13th___ day of September, 2003.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Lecia L. Chaney
    State Bar No.  00785757
    Fed. I.D. #16499

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone:  (956) 542-7441
Telefax    :  (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)