5

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-163 |
| JOEL LOPEZ | * | |
| CARLOS MARTINEZ | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Initial Pretrial & Scheduling Conference**

**January 26, 2004, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

January 6, 2004

cc:   all counsel