6

B03CV163

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me[1]   DATE: 10/18/03 – 6:05pm |
| TITLE  Luis A. Saenz, Private Civil Processor |
| Check one box below to indicate appropriate method of service: |

☒ Served personally upon the defendant.
Place where served: 1006 Sabinas St. Brownsville, Tx — Residence
_____ x – you flat for us _____.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| Travel | Services | Total |
|  |  |  |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

_Luis A. Saenz_
Signature of Server

P.O. Box 5206
Address of Server

McAllen, Texas 78502-5206

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

JOEL LOPEZ AND CARLOS MARTINEZ

    Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-03-163**

TO: JOEL LOPEZ
    6006 SABINAS ST.
    BROWNSVILLE, TX 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    PO Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

_____    9-12-03
CLERK                                             DATE

_____
BY DEPUTY CLERK