8

**United States District Court**
**Southern District of Texas**
**FILED**

# CHAMBERS MINUTES

JAN 2 8 2004

**Michael N. Milby**
**Clerk of Court**

## Felix Recio, Judge Magistrate
## Southern District of Texas, Brownsville Division

Law Clerk:      Michael B. Knisely

Date:           Jan 26, 2004, 2:00 p.m.

-------------------------------------------------------------------

## C.A. NO. B03-163 (HGT)

-------------------------------------------------------------------

| | |
|---|---|
| DIRECTV, INC. | *  Lecia Chaney |
| VS | * |
| JOEL LOPEZ | * |
| CARLOS MARTINEZ | * |

## INITIAL PRETRIAL CONFERENCE

Attorney Chaney appeared.  Defendants did not appear.

Attorney Chaney announced that DIRECTV has settled with defendant
Martinez and a notice of settlement is forthcoming.

Attorney Chaney also announced that on January 23, 2004, she filed
a Request for Entry of Default Judgment regarding defendant LOPEZ.