United States District Court
Southern District of Texas
ENTERED

APR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-163 |
| | § | |
| JOEL LOPEZ and CARLOS MARTINEZ, | § | |
|    Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE REGARDING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT AGAINST JOEL LOPEZ

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Joel Lopez (Docket No. 7) is GRANTED. Furthermore, it is ORDERED that Defendant Lopez is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Lopez and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

    (1) statutory damages in the amount of ten thousand dollars ($10,000.00)

    (2) costs in the amount of one-hundred and fifty dollars ($150.00)

    (3) attorney's fees in the amount of two-hundred and fifty dollars ($250.00)

    (4) post-judgment interest equaling __1.41__ % per annum.

In addition, Defendant Lopez is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

    DONE at Brownsville, Texas this __23__ day of __April__, 2004

                                                                  Hilda Tagle
                                                            United States District Judge